# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Denise Roach | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 9:19-cv-1164-DCC |
| Andrew Saul, Acting Commissioner of Social Security Administration | ) ) ) |
| *Defendant* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is Affirmed.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins Jr, United States District Judge.

Date: April 1, 2020

*CLERK OF COURT*

s/Chelsea Pegram-Conner
*Signature of Clerk or Deputy Clerk*